STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HAROLD J. WELSCH, DEFENDANT-PETITIONER.

*Messrs. Shanley & Fisher* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

September 12, 1958.   Granted.

FULGENCIO SALAS, PETITIONER-RESPONDENT, v. E. H. KAHLERT & SONS, INC., RESPONDENT-PETITIONER.

*Mr. Edward B. Meredith* for the petitioner.

*Mr. Edward F. Juska* and *Mr. Clarkson S. Fisher* for the respondent.

September 12, 1958.   Denied.